ACCEPTED
06-15-00036-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 12:15:29 PM
DEBBIE AUTREY
CLERK

**FOR THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 12:15:29 PM
DEBBIE AUTREY
CLERK

| | | |
|---|---|---|
| **QUINTON JACKSON** | § | |
| **Appellant** | | |
| V. | § | CASE NO. 06-15-00036-CR |
| | | TRIAL COURT NO. 42425-B |
| THE STATE OF TEXAS | | |
| Appellee | § | |

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, QUINTON JACKSON, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 124th District Court, Gregg County, Texas in cause number 42425-B for the offense of Injury to a Child, Elderly or Disabled Individual. On November 24, 2014, punishment was assessed at Ten years in the Texas Department of Criminal Justice-Institutional Division.

II.

The Reporter's record was filed on May 13, 2015. The Appellant's Brief is due on or about July 13, 2015.

III.

The Appellant hereby requests an extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the

record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

This counsel has been ill and is still under a doctor's care following his doctor's appointments on July 2, 2015 and July 7, 2015.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional one (01) week, to July 20, 2015.

RESPECTFULLY SUBMITTED,


__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 07-13-15


__/s/ Clement Dunn_____
Attorney for Appellant

**FOR THE SIXTH COURT OF APPEALS**
**AT TEXARKANA, TEXAS**

**QUINTON JACKSON**                             §
      **Appellant**

VI.                                                          §          CASE NO. 06-15-00036-CR
                                                             TRIAL COURT NO. 42425-B

THE STATE OF TEXAS
      Appellee                                  §

**ORDER**

      BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Second Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

      (  )      GRANTED, and the present cause is hereby extended until _____,

      2015.

      (  )      DENIED, to which ruling the Appellant excepts.

      (  )      SET FOR HEARING ON THE _____ day of _____, 2015, at

      _____ o'clock_____.

      SIGNED:

                                                                   _____
                                                                     JUDGE PRESIDING